UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CURLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>RAJA DUTTA,<br><br>    Defendant. | No. 2:17-cv-0105 WBS AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 14, 2020, this case was referred to the Post-Screening ADR Project for an early settlement conference and plaintiff was directed to notify the court whether he wanted to participate in the settlement conference in person or by video conference, if available. ECF No. 27. Plaintiff has now returned the required notice, but instead of checking one option or the other, he has checked both. ECF No. 30. Plaintiff will be given one more chance to notify the court how he would like to attend in the settlement conference. He must select *either* (1) in person or (2) by video, *not both*. If plaintiff returns the form and once again checks both choices, the court will order him to appear at the settlement conference in person.

    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, plaintiff must complete and return the attached notice telling the court how he wants to appear at the settlement conference. If plaintiff does not return the completed notice, or if he

1

once again selects both options, the court will issue a writ for plaintiff to appear in person.

IT IS SO ORDERED.

DATED: March 3, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEVIN CURLEY, | No. 2:17-cv-0105 WBS AC P |
|---|---|
| Plaintiff, | |
| v. | NOTICE RE: PLAINTIFF'S APPEARANCE AT SETTLEMENT CONFERENCE (POST-SCREENING ADR PROJECT) |
| RAJA DUTTA, | |
| Defendant. | |

As required by court order, the plaintiff notifies the court of the following election:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

**OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference, if available.

DATED:

_____
Plaintiff

1